Patrick J. Geile
Idaho State Bar No. 6975
CHAPTER 7 BANKRUPTCY TRUSTEE
953 S. Industry Way
Meridian, ID 83642
Telephone: (208) 947-1575

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF IDAHO

In Re:

MILLARD, SHAUN PATRICK

Debtor.

Case No. 24-00224-NGH
Chapter 7

**MOTION TO DISMISS FOR DEBTOR'S FAILURE TO ATTEND 341(a) MEETING OF CREDITORS**

---

**Notice Of Motion To Dismiss For Debtor's Failure To Attend 341(A) Meeting Of Creditors And Opportunity To Object And For A Hearing**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within **21** days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

COMES NOW the undersigned Chapter 7 bankruptcy trustee and moves this Court for an order dismissing Debtor, Shaun Millard, from the above-entitled Debtor chapter 7 case, pursuant to 11 U.S.C. § 707(a)(1) and FED. R. BANKR. P. 2002(a)(4). Debtor failed to appear at the August 22, 2024, Meeting of Creditors as required under 11 U.S.C. §341(a).

DATED: August 26, 2024

/s/ Patrick J. Geile
Patrick J. Geile, Trustee

**MOTION TO DISMISS FOR DEBTOR'S FAILURE TO ATTEND 341(a) MEETING OF CREDITOR - 1**

CERTIFICATE OF SERVICE

      I hereby certify that on this date as indicated below, I electronically filed the foregoing Document with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals noted below.  I further certify that, on the same date, I have mailed by U.S.P.S. the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Served by ECF:*

US Trustee ustp.region18.bs.ecf@usdoj.gov

Brent Russel Wilson bwilson@hawleytroxell.com

*Served by U.S. Mail:*

Shawn Millard
2255 E 8th N 600
Mountain Home, ID 83647

Shawn Millard
Mini-Cassia Criminal Justice Center
#386871
1415 Albion Ave.
Burley, ID 83318

Date: August 26, 2024                    /s/  Patrick J. Geile
                                                          Chapter 7 Trustee

**MOTION TO DISMISS FOR DEBTOR'S FAILURE TO ATTEND 341(a) MEETING OF CREDITOR - 2**