UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In Re:

SHAUN PATRICK MILLARD,

Debtor(s).

Case No. 24-00224-NGH
Chapter 7

**ORDER DISMISSING CASE**

THIS MATTER having come before the Court on Trustee's Motion to Dismiss (Dkt. No. 55), and there being no objections thereto,

IT IS HEREBY ORDERED that the motion is GRANTED, and Debtor's Chapter 7 case is DISMISSED.

DATED:  September 20, 2024

_____
NOAH G. HILLEN
Chief U.S. Bankruptcy Judge

Order submitted by Patrick J. Geile, Trustee