Shaun P. Conley (Millard) 386871
1415 Albion Ave
Burley, ID 83318

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-00224-NGH |
| SHAUN PATRICK MILLARD, | MOTION FOR RECONSIDERATION |
| Debtor. | |

Comes Now Shaun P. Conley AKA ("Shaun P. Millard") Petitioner in the above captioned Chapter 7 Bankruptcy action who motions this Court for reconsideration in the above captioned Chapter 7 Bankruptcy action, with information, and for reasons set forth more fully below.

## I. Facts & History.

1. April 2024 The Petitioner filed his Bankruptcy Chapter 7 (*hereafter "BR") from Elmore County, Idaho. He was moved to Cassia County on 5/8/2024 where the BR Proceeded. On 5/29/2024 he was moved to FDC SeaTac of FBOP

MOTION FOR RECONSIDER                Page 1 of

where his access to this Court was quelled. He informed Counselor J. Smith of his legal works being siezed from his possession upon the move to FDC. Counselor J. Smith answered "I don't give a shit!" on 5/30/2024. Petitioner then asked about access to the meeting of creditors on 7/29/2024 up coming. Counselor J. Smith said "unless it is federal criminal court you aren't going." Petitioner explained it was a telephone hearing. J. Smith said "What did I just say?"

2. The Petitioner spent the next over sixty (60) days trying to get grievance forms from the same Counselor J. Smith while housed in EA unit and was refused for several different reasons i.e. No paper, can't find any, etc... The Petitioner went to the Unit Manager on Tru links system who said "I will talk with him."; Then

3. On 7/1/2024 or about J. Smith went on vacation leaving EA unit without a counselor. Thus I was never allowed access to the meeting of creditors, I being The Petitioner.

4. At No time between 5/29/2024 and ~~at sec~~ 9/16/2024 did the Petitioner receive a motion to dismiss for objectionary purposes. The motion was first related to me by Mrs dismissal. I received on 10/9/2024 in legal mail at MCCJC in Cassia County, Idaho.

5. Between 6/4/2024 and 7/29/2024 after he was given funds to do so Petitioner did via legal mail at FDC SeaTac and through U.S. Postal Service send notice of change of address and request for order that he be allowed to attend the hearings of this Court including meeting of creditors.

MOTION FOR RECONSIDER                          Page co. 3

6. Upon Petitioner's arrival at FDC SeaTac his Funds on his books at his previous address were not alotted to his account at FPC or FBOP. He made multiple requests and after over Thirty (30) days they were eventually alotted to him. Conclusion see Regulations

7. The Petitioner requests this Court Reconsider its decision under allowance by Rule 59(e) of Feder Rules of Civil Procedure and any other statutes, rules, or laws that may apply.

8. The Petitioner begs the courts patience as he is a lay person unversed it the laws and statutes and has no access to 98% white paper, a Typewriter, or the black ink, at this time, required by Court Rules.

MOTION FOR RECONSIDER                                    Page 004

Arguments

9. The Petitioner was not given opportunity to object to ~~dismissal of~~ SPC motion to dismiss and therefore the dismissal should be reconsidered.

10. The Petitioner was disallowed by Federal law enforcement, USMS and FBOP officials actions from attending hearings in the matter and therefore the dismissal should be reconsidered.

11. At every move, (4) four by Federal agents, of the Petitioner during the BR process the rules and access to Court changed Therefore the Petitioner was not allowed to contest any matter in the BR effectively and the dismissal should be reconsidered.

12. Good faith effort by the Petitioner was made

Motto MOTION FOR RECONSIDER Page 005

so by the Petitioner to change address and request an order and action to enforce access to this Court for the purpose of the BR therefore the Dismissal should be Reconsidered.

Conclusion

For Reasons set forth above in facts and arguments with the information given The Petitioner requests, humbly, That this Court Reconsider its dismissal of his Bankruptcy Chapter 7 petition, and reinstate it with order to FDC SeaTac officials that the Petitioner be allowed to attend meetings and hearings telephonically.

Submitted, humbly this 9th day of October 2024.    Respectfully submitted October 9, 2024

*[signature]*

MOTION TO RECONSIDER    Page 006

# CERTIFICATE OF SERVICE

I, Shaun P. Conley aka Shaun P Millard certify that on this 15th day of October 2024 I placed in legal mail via Mini-Cassia Criminal Justice Center Mail Cart, a legal mail service, for delivery through The U.S. Postal Service a true and correct copy of Motion For Reconsideration to:

Patrick John Geile at
Foley Freeman PLLC
953 S. Industry Way
Meridian, ID 83642
(Found on internet address)

U.S. Bankruptcy Court
Suite 400
550 West Fort Street
Boise, ID 83724

*Shaun P. Millard*
*Shaun P. Conley*
Shaun P. Millard (Conley)