FCCDC
Shaun P Millard (Conley) 37887-
1415 Albion Ave    FBOP# 84204-510
Burley, ID 83318

U.S. COURTS
OCT 28 2024
Rcvd. Mail  Filed AC  Time 12:15
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

# IN THE DISTRICT COURT OF THE UNITED STATES
## DISTRICT OF IDAHO   BANKRUPTCY

SHAUN PATRICK MILLARD,
AKA SHAUN PATRICK CONLEY,
    Petitioner,

    Debtors.

Case No: 24-00224-NGH
Chapter 7

APPEAL NOTICE and/or
MOTION FOR RE-HEARING

Having the 9th day of October, 2024 received order dismissing his bankruptcy the petitioner immediately filed his motion for Reconsideration submitting on 10/10/2024 through institution legal mail.

Now this 24th day of October 2024 he, having received no indication that his motion has been accepted Appeals the Dismissal for the following reasons:

## I. ISSUES

1. Did the Court err in dismissing the captioned case without service upon Petitioner of the Debtor's motion to Dismiss.

2. Did the court err in dismissing the case after Petitioner's assertion in June of 2024 via Motion for Change of Address and Request for order to allow telephonic appearance that Petitioner was being governmentally restrained from attending the meeting of debtors.

    (a) AT FDC Sea-Tac in Seattle Washington the petitioner was refused by Counselor Smyth attendance, refused BP-209 for Grievance, and refused BP-8 ("Informal Resolution Form") for two (2) months. He made legal mail to the court and to Trustee in June or July (June appears best) prior to the meeting which

APPEAL - MOTION                                              Page 01

at FDC Sea-Tac entails sealing the envelopes in front of the unit officer who then initials the seal. The mail is processed then as regular mail.

## II. ARGUMENTS & REGULATIONS

(Note: each time Petitioner is moved, his legal works are not moved with him.)

3. The petitioner is an indigent incarcerated person at the mercies of the U.S. Marshalls Service who have moved him nine (9) times in fifteen (15) months of pretrial, being four (4) times since the filing of his bankruptcy petition. He is unsured in the law and unable to afford an attorney. He has very little idea how to proceed with a bankruptcy or any sort of appeal. The petitioner simply wants to protect his ability to live and has filed petition against one debtor, 21st Mortgage's attempts at subverting law upon information and belief when they hired bondy the Loader to lock his home and contracted tenants out of his home. They also brought false information to this court upon information and belief, that the payments were some 12 months or so past due within 3 months of those being brought current by a payment in excess of $9,000.°° USD. The Petitioner sees bankruptcy court may differ from the Federal Rules of Civil Procedure as to filings of motions, but there must be a rule that requires serving upon him of a motion to dismiss his case in order that he be allowed to object. The court notes in its order that no objection was made. How could the petitioner make an objection to a motion he was not served?

4. The petitioner was moved from FDC SeaTac to Mini-Cassia Criminal Justice Center ("MCCJC") on 9-18-2024. His mail and communications were stopped days before that. He has not received any legal mail regarding this bankruptcy. Not even a notice that his motions were received or attempted.

5. The petitioner believes Fed. R. Civ. Proc. Rule 4 covers Service or Notice to actions. He was not served.

APPEAL - MOTION                                      Page 02

## III. Conclusions

6. The Petitioner for reasons above believes his case should not have been dismissed and makes this Appeal Notice and or Motion for Re-hearing in it's order to dismiss as he was not given any opportunity to object or argue the Debtor's motion to dismiss. Whether a motion to reconsider or rehearing is allowable in such cases is ambiguous for such, without, he appeals having already requested a reconsideration without notice of receipt by the court. This is done to be timely filing as under the maximum of 20, or 21, or 14 days whichever is correct or otherwise if none are correct.

Therefore the petitioner respectfully requests that this Court accept and review the case and rehear the motion after he is provided with it, and or the Petitioner Appeals the dismissal he received word of on 10/18/2024 for the reasons herein this 24th day of October 2024.

Shaun P. Conley (Millard)
Shaun P. Conley (Millard)

Shaun P. Millard (Conley)
Shaun P. Millard (Conley)

APPEAL-PETITION

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October 2024, I, Shaun P. Millard AKA Shaun P. Conley, did place in the hands of Mini-Cassia Criminal Justice Center Mail Cart staff for legal mail processing into U.S. Postal Service for delivery, a true and correct copy of Appeal Notice and or Motion for Re-hearing To:

UNITED STATES COURT
Idaho - Bankruptcy
550 West Fort St. Ste 400
Boise, ID 83724

ATTORNEY-TRUSTEE
Patrick John Geile
Foley Freeman PLLC
953 S. Industry Way
Meridian, ID 83642
(Patrick John Geile's Office)

Shaun P. Millard (Conley)

