Shaun P. Millard (Conley)
107721, ISCI
P.O. Box 14
Boise ID, 83707

IN THE UNITED STATES DISTRICT COURT

For THE DISTRICT OF IDAHO

BANKRUPTCY

In Re: Shaun Patrick Millard   | Case No. 24-00224-NGH
            Debtor            |
                              | Chapter 7 - Motion for Relief

Comes New Shaun P. Millard AKA Shaun P. Conley, debtor in the above entitled action who motions this Court for Relief from the denial of access to Courts, having previously made motions without response he has received, for reasons more fully described below.

## I. ISSUES

(1)  IDOC has restricted the debtor's Access To Courts in this matter, disallowing copies, mailings, or envelopes provision due to a bankruptcy not being specifically 'identified' as a Qualified Legal Claim under SOP 405.02.01.001 #4, ISCI Access To Courts ("ATC") Associate E.D. # H112 has therefore determined she will not provide envelopes, mailings, copies under Legal mail rules paid or unpaid to this Court or to Patrick Beetle-Trustee.

(2)  The debtor is indigent being in bankruptcy and having a negative balance of ($98.xx) of which ($96.xx) is owed to ATC for Copies, postage, and envelopes service in this and other Legal matters.

## II. Regulations

3  Federal Rules of Civil Procedure  Rule 4 covers The Service upon Motion for Relief 24-00224-NGH                          Page 01

parties and Bankruptcy Rules may also dictate service upon the trustee in ways that I currently am unable to research.

## III. Arguments and Information

(4)
(4) Because IDOC policy says:

(A) Resident Handbook page 25: "The only authorized photocopies that will be made in Resource Center are copies of original legal materials" (Ref); intended for filing in the Courts and for opposing parties as court Rules dictate.

(B) SOP 405.02.01.001 #8: "Authorized photo copies are: • Documents and all attachments for qualified legal claims, as identified in SOP, that are ready to be filed with a court and served on the opposing parties ..."

(C) SOP 405.02.01.001 #4: "Qualified Legal Claims - The IDOC has identified the following qualified legal claims!" `State ... Fed...` each bulleted wherein Bankruptcy matters do not appear.

(i) At the bottom of #4 of SOP 405.02.01.001 (c above) is this message:

"If an inmate need assistance other than what is identified as a qualified legal claim above, the request for assistance should be ~~made to~~ ~~sent by~~ "sent by inmate concern to division of prisons access to Courts Coordinator for consideration." In compliance on 12/4/2024 the debtor submitted offender concern Form ("OCF") to the same. Today 1/5/2025 he has not heard from anyone on it. The debtor is currently grieving it. These for myself as an indigent person incarcerated prejudice my ability to mail out Information to the Court more than ~~throssle~~ in this Pink, Business size envelope. Evidences and filings are hindered as to deadlines and over-weighted envelopes are not allowed.

## IV Request for Relief

(5) Having no answer from this Court on my request for Service through Motion for Relief   24-00224-NGH      Page 02

Rule 4(C) nor any word from the Creditors Trustee I request, if not serviced by Rule 4(C) that this Court make its assertion in this matter that ISCI ATC treat these bankruptcy matters as civil matters and provide services as a right to Commerce and right to access to Courts exists without which residents of ISCI suffer much greater penalty than the criminal courts imposed. In this debtor's case up to and exceeding ($600,000.⁰⁰) six hundred thousand dollars U.S.D. as an extra imposition of Sentence.

(6)   Please see Also requested identifications showing Mr. Gello that I am in fact Shawn Patrick Millard Legally named so and am known also as Shawn Patrick Conley submitted for satisfaction of his need for (Proof of) my identity. Enclosed you should find a copy of both SSA cards with same number in both Conley and Millard. There are two copies. The Court will have the cleanest one on file while a darken copy is going to Mr. Gello. The Number on The Idaho drivers licence is XI 211191 F and matches my current CDL from Idaho in the name Millard which I do not have a copy of at this time. An American Express Card also in Millard is also shown. Please Seal The Attachment?   (Personal information is present)

Respectfully Submitted this 5ᵗʰ day of January,   2025.

Shawn P. Millard (Conley)

Also Please Know I requested attendance to the Meeting of Creditors and was not answered in time.

Page 03

Certificate of Mailing

I hereby certify that on The 5th day of January, 2025, I mailed a handwritten copy of the Motion for Relief containing the substantively correct informations as in the original sent to The U.S. Courts; via the institutional regular mail, opened per policy and unsealed, handed to Unit officer in unit 12 of Idaho State Correctional Institution for processing to the U.S. Mail System To:

Patrrett Geile, Trustee
953 S. Industry Way
Meridian, ID 83642

U.S. Courts - Bankruptcy
550 West Fort St #400
Boise, ID 83724







