Patrick J. Geile
Idaho State Bar No. 6975
CHAPTER 7 BANKRUPTCY TRUSTEE
953 S. Industry Way
Meridian, ID 83642
Telephone: (208) 947-1575

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF IDAHO

| In Re: | Case No. 24-00224-NGH |
|---|---|
| SHAUN P. CONLEY MILLARD, | Chapter 7 |
| Debtor. | **MOTION TO DISMISS FOR DEBTOR'S FAILURE TO ATTEND 341(a) MEETING OF CREDITORS** |

**Notice Of Motion To Dismiss For Debtor's Failure To Attend 341(A) Meeting Of Creditors And Opportunity To Object And For A Hearing**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within **21** days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

COMES NOW the undersigned Chapter 7 bankruptcy trustee and moves this Court for an order dismissing Debtor, Shaun Millard, from the above-entitled Debtor chapter 7 case, pursuant to 11 U.S.C. § 707(a)(1) and FED. R. BANKR. P. 2002(a)(4). Debtor failed to appear at the March 13, 2025, Meeting of Creditors as required under 11 U.S.C. §341(a).

1.  On or about October 18, 2024, the Debtor filed his Motion to Reconsider Dismissal of Case (Dkt. No. 65). On October 25, 2024, the Court issued the Order Reopening Case (Dkt. No. 68).

**MOTION TO DISMISS FOR DEBTOR'S FAILURE TO ATTEND 341(a) MEETING OF CREDITOR - 1**

2. The initial 341 Meeting of Creditors was scheduled for November 26, 2024 at 3:00 p.m. The Debtor did not appear on November 26, 2024 and the Trustee continued the 341 Meeting of Creditors to February 13, 2025 at 3:00 p.m. The Trustee mailed the continued 341 Meeting Minutes to the Debtor at the following addresses:

a. Shaun P. Conley (Millard)
   IDOC #107771,
   ISCI Unit 15B 2A,
   P.O. Box 14, Boise, ID 83707

b. Shaun P. Millard (Conley) #107771
   ISCI
   P.O. Box 14
   Boise, ID 83707

c. Shaun P. Conley (Millard) #107771
   ISCI Unit 12
   P.O. Box 14
   Boise, ID 83707

3. The Debtor did not appear on February 13, 2025 and the Trustee continued the 341 Meeting of Creditors to March 13, 2025 at 3:00 p.m.

4. Trustee was contacted by a deputy at IDOC and was informed that Mr. Millard is no longer in custody. Mr. Millard has not contacted the Trustee and has not updated his address.

5. The Debtor did not appear on March 13, 2025 for his 341 Meeting of Creditors.

6. As of today's date, the Debtor has not contacted the Trustee.

DATED: March 14, 2025

/s/ Patrick J. Geile
Patrick J. Geile, Trustee

**MOTION TO DISMISS FOR DEBTOR'S FAILURE TO ATTEND 341(a) MEETING OF CREDITOR - 2**

## CERTIFICATE OF SERVICE

I hereby certify that on this date as indicated below, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals noted below. I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Served by ECF:*

US Trustee ustp.region18.bs.ecf@usdoj.gov

Brent Russel Wilson bwilson@hawleytroxell.com

*Served by U.S. Mail:*

**Last Known Addresses**

Shaun P. Conley (Millard)
IDOC #107771,
ISCI Unit 15B 2A,
P.O. Box 14, Boise, ID 83707

Shaun P. Millard (Conley) #107771
ISCI
P.O. Box 14
Boise, ID 83707

Shaun P. Conley (Millard) #107771
ISCI Unit 12
P.O. Box 14
Boise, ID 83707

Shawn Millard
2255 E 8th N 600
Mountain Home, ID 83647

Date: March 14, 2025          /s/ *Patrick J. Geile*
                              Patrick J. Geile, Chapter 7 Trustee

**MOTION TO DISMISS FOR DEBTOR'S FAILURE TO ATTEND 341(a) MEETING OF CREDITOR - 3**