Shaun Conley (Millard)
84204-510, FCI Englewood
9595 W. Quincy, Ave
Littleton, CO. 80123

U.S. COURTS

APR 07 2025

Rcvd MM Filed AC Time 1:30
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO
Bankruptcy

IN RE: SHAUN PATRICK CONLEY,    ]    Case No. 24-00224-NGH
Debtor.                          ]
                                 ]    MOTION FOR RECONSIDERATION AND
                                 ]    CHANGE OF ADDRESS #2

COMES NOW Shaun Millard (Conley), Debtor in the above captioned bankruptcy matter and requsts this court grant his motion for reconsideration and change his address as below stated for resons more fully described below.

1. On 2/4/2025 Debtor (hereafter "I", "me", "myself"; possesively "my", "mine") coresponded with this court and Patrick Geile (trustee) as to his situation in his incarceration which brought about this bankruptcy action. On 2-6-2025 Government moved him to ADA County Jail where he was disallowed pen or paper in a medical unit until 2-12-2025. The Government moved me to Cimarron Corr. Fac. in Cushing, OK. where he was also disallowed pen, paper or legal amenities, but was allowed thirty (30) minutes per week to type on a computer which he tried after two weeks of being there. His money was not transfered with him to afford legal mailing, nor was legal mailing afforded to him. On 3-11-2025 I was again moved to FDC Englewood in Colorado where I sat until 3-26-2025 also without acces to legal resources and or money or even availability of commissary to purchase legal supplies. These were transit / Transfer stations as it was explained to me by Counselor Horn and Unit manager Rodrigeus at Cimarron and FDC.

2. On 3/26/2025 I was moved to FCI Englewood where according to some reliable sources I should stay for quite a while, yet I cannot now make any promisses as I have in the past to my discredit. The address for me is now.

Shaun Conley 84204-510
FCI Englewood, Lower West #104
9595 W. Quincy Ave.
Littleton, CO 80123

As such I have not received motions by creditors or trustee and did on 2/4/2025 relate to the court and Trustee in my motion to Stay the hearing and continue it, address this unexpected move. I was not given opportunity to object to dismissal as such.

MOT, REC. & ∆ ADDY

Page 1

3.  On 3/30/2025 via text to Jennie Conley by a business associate and then by Jennie Conley to me, I was informed that this court has dismissed my bankruptcy for undeliverable legal correspondences. (or something to that effect)  Given that the Court was notified in advance of this unexpected event, and given that it was beyond any control of mine or the Court's, my having on 11-12-2024 requested a 3 year place--ment with IDOC at ISCI and was not even seen by the parole board for disposition on the initiation of parole release there which occured, I ask the court to please again reconsider the dismissal of my bankruptcy and proceed with it whit the change of address noted above?

        Conclusion

   Therefore the Debtor requsts that this court accept and grant his motion for rec--onsideration and change of address.

   Respectfully submitted this _1 ST_ day of April, 2025.

                                         _____
                                         Shaun P. Conley (Millard), Debtor.

                        CERTIFICATE OF MAILING

I herby certify that on this _____ day of April, 2025 I placed in the FCI Englewood mail for delivery through the United States Postal Service a true and correct copy of this Motion For Reconsideration And Change of Address to:

Peter Geile (Trustee and Attorney for Creditors)
_9535 Industrial Way (P. Geile)_
_Merridian, ID    83642_
_Attention Atty. Patrick Geile_


                                         _____
                                         Shaun P. Conley (millard), Debtor.


MOT. REC. & ADDY                                                    Pg 2 of 2

Shaun Conley 84209-510
FCI Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

DENVER CO 802
3 APR 2025 PM 8 L

U.S. Dist Court - Bankruptcy
550 W. Fort St.
Boise ID 83724

U.S. DISTRICT [COURT]
APR 07 REC'D

24-00227-NGH